No. ——. STEWART v. UNITED STATES. C. A. 2d Cir. Application for stay of removal pending appeal presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Herbert Monte Levy* for applicant. *Solicitor General Griswold* in opposition.

No. 135. WALZ v. TAX COMMISSION OF THE CITY OF NEW YORK. Appeal from Ct. App. N. Y. [Probable jurisdiction noted, 395 U. S. 957.] Motion of National Jewish Commission on Law and Public Affairs for leave to file a brief as *amicus curiae* granted. Motion of Society of Separationists, Inc., et al., for leave to participate in oral arguments as *amici curiae* denied. *Nathan Lewin* and *Julius Berman* on the motion for National Jewish Commission on Law and Public Affairs.

No. 249. BARLOW ET AL. v. COLLINS, EXECUTIVE DIRECTOR, ALABAMA AGRICULTURAL STABILIZATION AND CONSERVATION SERVICE, ET AL. C. A. 5th Cir. [Certiorari granted, 395 U. S. 958.] Motion of Harold Edgar for leave to argue *pro hac vice* granted. *Lee A. Albert* on the motion.

No. 520. CITY OF SHERIDAN ET AL. v. UNITED STATES ET AL. Appeal from D. C. Wyo. Motion to advance denied. *C. C. Sheldon*, Assistant Attorney General of Nebraska, *Gordon P. MacDougall*, and *William G. Mahoney* for appellants on the motion.

No. 713, Misc. GROSS v. JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* in opposition.